CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

DANIEL P. TALBERT, SBN OH 0084088
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4860
Facsimile: (415) 744-0134
E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES CLIFFORD BURRIGHT, | Case No.: 2:21-cv-01288-NJK |
| Plaintiff, | |
| vs. | [PROPOSED] **ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO PROVIDE THE COURT WITH A PAPER COPY OF THE CERTIFIED ADMINISTRATIVE RECORD** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

1  Based upon Defendant's Motion for an Extension of Time to Provide the Court with a Paper Copy
2  of the Certified Administrative Record, and for good cause shown, **IT IS ORDERED** that Defendant may
3  provide a paper copy of the Certified Administrative Record (CAR) to the Court within 60 days after the
4  answer and e-CAR are filed.

IT IS SO ORDERED:

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2021

[Proposed] Order; No. 2:21-cv-01288-NJK