UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CLIFFORD BURRIGHT, | Case Number: 2:21-cv-01288-NJK |
| Plaintiff, | |
| vs. | [Docket No. 17] |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HER BRIEF

AND NOW, this 14th day of December, 2021, upon consideration of Plaintiff's Motion for an Extension of Time to File Her Brief,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff's brief is due February 21, 2022. All other due dates are also extended by 60 days.
**NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated: December 14, 2021

_____
United States Magistrate Judge