UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CLIFFORD BURRIGHT,<br><br>    Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant(s). | Case No. 2:21-cv-01288-NJK<br><br>**ORDER**<br><br>[Docket No. 24] |

Pending before the Court is the Commissioner's unopposed motion to extend the briefing deadlines by 30 days. Docket No. 24.  The request is premised entirely on staffing difficulties, namely that counsel has competing obligations that prevent him from complying with the already-cushioned briefing schedule.  Having an attorney take on more work than he can handle within the normal deadlines is not good cause for an extension. *See, e.g.*, *Olesczuk v. Citizens One Home Loans*, 2016 U.S. Dist. Lexis 153342, at *6 n.3 (D. Nev. Nov. 4, 2016) (citing *Greene v. Alhambra Hosp. Med. Ctr.*, 2015 U.S. Dist. Lexis 72697, at *3 (D. Nev. June 3, 2015)).  Government attorneys are not exempted from that basic proposition. *See, e.g.*, *Ramirez v. Saul*, Case No. 2:19-cv-00978-NJK, Docket No. 21 (D. Nev. Oct. 16, 2019); *Gonzalez v. Berryhill*, Case No. 2:18-cv-02199-APG-NJK, Docket No. 16 (D. Nev. Apr. 16, 2019); *Betten v. Berryhill*, Case No. 2:18-cv-00536-KJD-NJK, Docket No. 24 (D. Nev. Dec. 06, 2018).  Nonetheless, as a <u>one-time</u> courtesy, the Court will allow an extension.  Accordingly, the motion to extend is **GRANTED** and the deadline for the responsive brief is **EXTENDED** to April 22, 2022.

IT IS SO ORDERED.

Dated: March 22, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1